JOHN C. FUESSENICH ET AL. *v.*
E. SEWARD STEVENS ET AL.
(12832)

LAVERY, FREEDMAN and SCHALLER, Js.

Argued May 31—decision released June 28, 1994

*Joseph A. Mengacci,* for the appellants (plaintiffs).
*Julie Harris,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.